UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 7 |
| MANISH PATEL | |
| DEBTOR(S) | : BANKRUPTCY NO. 24-13810-PMM |

NOTICE OF CHANGE FROM ASSET TO NO ASSET

TO THE CLERK:

Christine C. Shubert, Chapter 7 Trustee, hereby notifies the Clerk that this case is to be reclassified as a No-Asset case. The Trustee intended to pursue certain litigation. She has learned that the litigation was dismissed with prejudice prior to the Bankruptcy filing. Accordingly, this is to be changed to a no-asset case.

Dated: April 30, 2025

/s/ Christine C. Shubert, Esquire
Chapter 7 Trustee
821 Wesley Avenue
Ocean City, NJ 08226
(856) 983-7735